IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARITRANS OPERATING COMPANY L.P. | CV NO. 02-4429 |
| Plaintiff | |
| | ADMIRALTY |
| v. | |
| CHRIS-MARINE USA, INC. | |
| Defendant | |

### REPLY OF MARITRANS OPERATING COMPANY L.P. TO COUNTERCLAIM

Plaintiff Maritrans Operating Company L.P. ("Maritrans"), by and through its undersigned counsel, makes reply to the Counterclaim of defendant Chris Marine U.S.A., Inc., as follows:

1. The averments in the Complaint are hereby incorporated herein as if set forth in full.

2. Paragraph 2 of the Counterclaim is a conclusion of law to which neither admission nor denial need be made.

3. Admitted.

4. Denied.

5. Denied.

6. It is admitted that Maritrans has not paid Chris Marine, but it is denied that any amount is owed.

7. Denied.

WHEREFORE plaintiff demands:

(a) judgment against Defendant, in an amount to be proved at trial, plus

interest and costs; and

(b) such further relief as the court may deem just and equitable.

_____
ARTHUR J. VOLKE, JR. (Pa. Bar 67808)
Legal Counsel
Maritrans Operating Company L.P.
Two Harbour Place
302 Knights Run Ave.
Tampa, FL 33602
Tel: (813) 209-0667
Fax: (813) 221-2648


JEFFREY S. MOLLER (Pa Bar 41049)
Blank Rome Comisky & McCauley
Four Penn Center Plaza
Philadelphia, PA 19103-2599
Tel: (215) 569-5792
Fax: (215) 832-5792

Attorneys for Plaintiff

Dated: November 27, 2002

## CERTIFICATION OF SERVICE

This certifies that on 27th November 2002, I caused to be served by mail a true copy of the foregoing Reply of Maritrans Operating Company L.P. to Counterclaim upon the following Attorney:

> Stephen Calder, Esquire
> Palmer Biezup & Henderson LLP
> 620 Chestnut Street
> Suite 956, Public Ledger Building
> Philadelphia, PA  19106
>
> Attorneys for Chris Marine

_____
Jeffrey S. Moller